AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Cherie a. (Rush) Harris
*Plaintiff(s)*

v.

Ronald A. Rush Sr.
*Defendant(s)*

Civil Action No. AAQ 26 CV 00527

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald A. Rush Sr.
854 Deerthy Sap Ct.
Griffin, GA 30332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cherie a. Rush Harris
4500 Forbes Blvd Ste 200 #1143
Lanham, MD 20706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Feb. 9, 2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |
|---|---|
| Cherrie A. (Rush) Harris <br> _Plaintiff(s)_ <br> v. <br> Daien Von Harris <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. AAQ 26 CV 00527 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daien Von Harris
1280 W. Peachtree St. Apt. 3505
Atlanta, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cherrie A. (Rush) Harris
4500 Forbes Blvd Ste 200 #1143
Lanham, MD 20706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Feb. 9, 2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Cherise A. (Rush) Harris
_____
Plaintiff(s)

v.

Daniel Vincent Harris
_____
Defendant(s)

Civil Action No. AAQ 26 CV 00527

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Vincent Harris
1280 W. Peachtree St. Apt 3505
Atlanta, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cherise A. (Rush) Harris
4500 Forbes Blvd Ste 200 #1143
Lanham, MD 20706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Feb. 9, 2026

_____
Signature of Clerk or Deputy Clerk